UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 2 2 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED

JAN 2 2 2004

*Anthony Hall*

04C 0480

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Micheal Shenna and
The Cook County
Department of
Correctional Center*

Case No: _____
(To be supplied by the Clerk of this Court)

JUDGE HART

MAGISTRATE JUDGE MASON

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code (federal defendants)**

_____     **OTHER (cite statute, if known)**

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

**I.     Plaintiff(s):**

A.    Name: *Anthony Hall*

B.    List all aliases: _____

C.    Prisoner identification number: *Z0020046236*

D.    Place of present confinement: *Cook County Jail*

E.    Address: *2700 So. California Chgo, P.O. Box 089002  60608*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: *Anthony Hall*

Title: *NONE*

Place of Employment: *NONE*

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

2

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)  NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

_I wrote them more then six times but, I never got an answer._

2.    What was the result?

_No Result_

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_Appeal To who When I never ever got an Answer._

D.    If your answer is **NO**, explain why not:

_I wrote them more than six times but, never ever got a answer. That's why noone Cares._

E.    Is the grievance procedure now completed?   YES ( ✓ )  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( ✓ )  NO ( )

G.    If your answer is YES:

1.    What steps did you take?

I talk with some of the Captain and L.T here but, I got No Result so, I file some grievance

2.    What was the result?

No Result

H.    If your answer is NO, explain why not:

I talk with the Captain and L.T. but, I got No Result so, I did File Some More grievance and I even filled out Some Reques Slips. Thank you

Revised 4/01                                       4

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: _____*NONE*_____

B.   Approximate date of filing lawsuit: _____*NONE*_____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D.   List all defendants: _____*NONE*_____
     *This is my first Lawsuit ever.*

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____*NONE*_____

F.   Name of judge to whom case was assigned: _____*NONE*_____

G.   Basic claim made: _____*NONE*_____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____*NO*_____

H.   Approximate date of disposition: _____*NONE*_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 4/01

5

**V. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Anthony Hall arrived here June 9, 2002 and I've been living in these conditions since. It is very dirty and nasty here. Toilet paper and Soap is not pass out to every one. And every one don't take Showers so, The place do smell like live dead STocks. Which makes me vomit up my food almost everyday. And because of the way this places smell I have lost my tastes bud and don't eat for weeks at a time. The dinner and breakfast trays are always unsanitary and I'm always complainting but, I get No answers or results. The light in the shower is broken and been that way since. I arrive here in June of the year 2002 so, I decided to write you and let you know. That the Cook County Jail is aware of the troubles

they are causing in here. I slip on a bar of Soap here. Hiting my head on the nasty shower floor and I have file a grievances in each and every Complaint which I have made. Some type of loctaid was between my Legs. Which Almost killed me And I Did Suffer From it bad. The pain was unbelieveable. I had to see a Doctor here. It's so, crowdy here when I eat I eat standing up. And that is Really Ashame but, what Can I do. It's that many inmates in here. Thank you and good bye.

## VI.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I Anthony Hall would just like for this place be put, under investigation, and my problems be investigated and for the sum of Two Milliondollar. I mite be able to relive my life as a human being again. Not some type of wild animal. Thank you.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief. I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this ___6___ day of _Nov_ , 20_03_

_____

_____

Anthony Hall
(Signature of plaintiff or plaintiffs)

Anthony HALL
(Print name)

2002004162386
(I.D. Number)

-2700 So California

P.o box 089002

Chicago Ill 60608
(Address)

Part-A / Control #: _____

Referred To: _____

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _HALL_  First Name: _Anthony_

ID #: _200 - 2006336_ Div.: _5_  Living Unit: _15_  Date: _10/29/03_

BRIEF SUMMARY OF THE COMPLAINT: _It is very dirty and nasty here. Toilet paper and soap is not pass out to everyone and every one dont take showers so the place do smell like live dead stucks. Because of the way is place is I have caught infection between my legs. The lights in the shower is broken and been that way since. There is water and alot of it coming down from the ceiling of the shower. I have slip several time in the shower Because of the water coming from the ceiling_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: _There were No results of my complaint_

DETAINEE SIGNATURE: _Anthony Hall_

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: _10/31/03_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _Re_X__

Referred To: _Kitchen Dpt_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: __HALL__   First Name: __Anthony__

ID #: __200 - 20046236__ Div.: __5__ Living Unit: __LI__ Date: __11 9 6__

BRIEF SUMMARY OF THE COMPLAINT: __The dinner trays +__
__Breakfast trays are coming in unsanitary__
__And I'm always complaining Because the__
__smell of them make me vomit all the__
__time. By the trays Being so unsanitary.__
__it make it very difficult for me to consume__
__Anything to eat Because the smell makes__
__my stomach to hurt I can't eat no__
__Food__

__I would like for the trays to__
__Be in Better condition so that I can__
__Eat__

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: __There has Yet to Be Any result in my reque__

DETAINEE SIGNATURE: _Anthony Hall_

C.R.W.'S SIGNATURE: _Vineet Cullin_   DATE C.R.W. RECEIVED: __11 i 6 6__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 703 X 1319 -

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _HAll_ First Name: _Anthony_ ID#: _2002-0046236_

Is This Grievance An **Emergency**?  YES ☐ NO ☑

C.R.W.'S Summary Of The Complaint: _Ongoing Problem with Shaver on Tier 1J-Dius- (Request of Issue Previously Refered)_

C.R.W. Referred Griev. To: _Supt – Dius_ Date Referred: _12, 02, 03_

Response Statement: _This Grievance Needs to be Forwarded To Facilities many work order Attached_

_Tom Snooks_ Date: _12 3 03_ Div./Dept. _9_
(print - name of individual responding to this griev.)   (signature of individual responding to this griev.)

_Tom Snooks_ Date: _14 3 103_ Div./Dept. _9_
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

_Aashanda Carroll_ Date: _12/05/03_
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: ___/___/___  Detainee Signature: _Anthony Hall_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ___/___/___

*Detainee's Basis For An Appeal:* _____

*Appeal Board's Acceptance Of Detainee's Request:*  YES ☐  NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:* _____

*Appeal Board's Signatures / Dates:*

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____

Referred To: _KITChen-SUPT_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Hall_ First Name: _Anthony_

ID #: _200-2004286_ Div.: _5_ Living Unit: _10_ Date: _11/25/03_

BRIEF SUMMARY OF THE COMPLAINT: _yes, there where_
_No results on the complaints that_
_I Filed on the Food trays ~~to the~~_
_~~staple~~ VCmv_
_Its Like these problem doesn't_
_Not exist And it is Becoming more serious_
_By the day_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: _Anthony Hall_

C.R.W.'S SIGNATURE: _Vint Cullen_ DATE C.R.W. RECEIVED: _12/01/03_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)